CHARLES H. RENKEN, as Administrator of the Estate of DOROTHY RENKEN, Deceased, Respondent, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.

Argued March 2, 1939; decided April 4, 1939.

*Frederick S. Martin, Raymond D. Thurber* and *George D. Yeomans* for appellant.

*William D. Cunningham* and *Louis L. Kawalick* for respondent.

Judgment affirmed, with costs. We are of the opinion that the question of the application of *res ipsa loquitur* is not presented in this case under the charge as given. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.